UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSE PATRICK ANDRE,<br><br>      Petitioner,<br><br>-against-<br><br>DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE; JOSEPH EDLOW; BARBARA OWLETT,<br><br>      Respondents. | 26-CV-1605 (JLR)<br><br>ORDER OF SERVICE |

JENNIFER L. ROCHON, United States District Judge:

Petitioner, who is proceeding *pro se*, paid the fees to commence this action.

The Clerk of Court is directed to issue summonses as to Respondents Department of Homeland Security, United States Citizenship and Immigration Service, Joseph Edlow, and Barbara Owlett. Petitioner is directed to serve the summons and petition on each respondent within 90 days of the issuance of each summons.[1]

If, within those 90 days, Petitioner has not either served Respondents or requested an extension of time to do so, the Court may dismiss the claims against Respondents under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Petitioner filed the petition because Petitioner had not paid the fees. The Court therefore extends the time to serve until 90 days after the date summonses are issued.

The Clerk of Court is directed to terminate the motion pending at ECF 5.

SO ORDERED.

Dated:    March 13, 2026
          New York, New York

_____
JENNIFER L. ROCHON
United States District Judge