**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 10, 2026

**Via ECF**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Request GRANTED. The initial pretrial conference is adjourned and will be rescheduled, as needed, after the resolution of Defendants' anticipated motion to dismiss.

Dated: July 13, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

**Re:** ***Jesse Patrick Andre v. Department of Homeland Security, et al.*****,**
**26 Civ. 1605 (JLR)**

Dear Judge Rochon:

This Office represents the defendants (the "Government") in this mandamus action brought by *pro se* plaintiff Jesse Patrick Andre ("Plaintiff") seeking reopening and reconsideration of the denial of his Form I-485, Application to Register Permanent Residence or Adjust Status.

I write respectfully to request an adjournment of the initial pretrial conference currently scheduled for July 15, 2026, to a date after the government's deadline to respond to complaint, which is currently August 3, 2026. The reason for this request is that the Government anticipates moving to dismiss either on or before August 3, 2026, which may obviate the need for the pretrial conference. This is the Government's first request to adjourn the initial pretrial conference.

Due to the Plaintiff's incarcerated status, the Government has not sought Plaintiff's views on this request. I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: *\/s/ Brian E. Hilburn*
Brian E. Hilburn
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2614
E-mail: brian.hilburn@usdoj.gov
*Attorney for Defendants*

cc: Jesse Patrick Andre (by first class mail)
ID: 98835-004
FCI Big Spring
1900 Simler Ave
Big Spring, TX 79720