UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSE PATRICK ANDRE,

Petitioner,

-against-

DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE ("USCIS"), JOSEPH EDLOW, in his official capacity as DIRECTOR – USCIS, BARBARA OWLETT, in her official capacity as FIELD OFFICE DIRECTOR, USCIS,

Respondents.

Case No. 1:26-cv-01605 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Petitioner filed a memorandum of law in opposition to Respondents' motion to dismiss on October 12, 2026. Dkt. 29. Under Local Civil Rule 6.1(b), reply papers were due on October 19, 2026. Respondents have not filed a reply. If Respondents seek to do so, they will be granted a courtesy extension until October 23, 2026.

Dated: October 21, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge